*Wednesday, April 1, 1998*

## MERIT DOCKET

**97–2394. Workman v. Carter.**
In Habeas Corpus. On return of writ, motion to strike Exhibit D to respondent's return of writ, and supplemental return of writ. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–145. State ex rel. Johnson v. Glavas.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–209. State ex rel. Graham v. McMonagle.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.